[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14829
Non-Argument Calendar
_____

D.C. Docket No. 1:17-cr-20701-MGC-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE CONTINO VALHUERDIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(June 10, 2020)

Before WILLIAM PRYOR, Chief Judge, WILSON and BRANCH, Circuit Judges.

PER CURIAM:

Joseph Chambrot, counsel for Jorge Valhuerdis, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Valhuerdis's conviction and sentence are **AFFIRMED**.